UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION: 10-154** |
| **versus** | **SECTION: "I"** |
| **DAVID WARREN, ET AL** | |

This Court is in receipt of defendant David Warren's motion to review and revoke the detention order issued by U.S. Magistrate Judge Louis Moore, Jr. Having reviewed the transcripts of proceedings held before U.S. Magistrate Judge Moore as well as the applicable caselaw and memoranda filed by both counsel, the motion is DENIED.

As the government correctly notes, the indictment returned against David Warren has triggered a rebuttable presumption in favor of detention as set forth in 18 U.S.C. §3142(e)(3)(B). This rebuttable presumption shifts to the defendant only the burden of producing rebutting evidence. It does not shift the burden of persuasion. See United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992). The mere production of evidence does not, however, completely rebut the presumption. Id.

This Court has made a *de novo* review of all the evidence

presented. Having also reviewed and considered the factors set forth in 18 U.S.C. §3142(g), as well as the penalties faced by defendant if convicted and the nature of those offenses, the Court finds that the government has satisfied its burden of proof regarding the detention issue and the motion to revoke U.S. Magistrate Judge Moore's detention order is **DENIED**.

**New Orleans, Louisiana, this 9th day of September, 2010.**

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**