UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-154 |
| DAVID WARREN | SECTION "I" (3) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Ex Parte Motion for Approval of Expert Costs [Doc. #786] is **GRANTED IN PART** to the extent that Vincent J. M. Di Maio, M.D. be awarded $2,400.00 in fees.

New Orleans, Louisiana, this 15th day October, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE